# **EXHIBIT B**

# SCHEEF & STONE, LLP

Invoice: 127896 October 4, 2022

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 9/29/22 | PCL | Communications with K. Crawford, D. Wills, J. Daneshfar, R. Lee, F. Giron and V.LaFleur regarding receivership status(.4); review Higgins chapter 13 bk pleadings(.3). | .70 |
| 9/30/22 | LMS | Review email correspondence from K. Crawford regarding preparation of bank letters (.1); Review list of banks and needed contact information (.1). | .20 |
| 9/30/22 | JDD | Team meeting in preparation for receivership. | .60 |
| 9/30/22 | PCL | Communications with K. Crawford, D. Wills, J. Daneshfar, R. Lee, F. Giron and V.LaFleur regarding receivership strategy and logistics(1); review Higgins bk filing file and related communications with K. Crawford and D. Wills(.4). | 1.40 |
| 9/30/22 | DW | Conference with K. Crawford and team to discuss the things that need to be done in the next few days and how, when, and who should get them done; reviewed documents relating to my assignment of filing the notice of appointment in various courts. | 1.00 |
| 9/30/22 | VL | Team Meeting discussing plans and execution of Receivership. | 1.00 |
| 9/30/22 | RJL | Confer with Kelly Crawford regarding the details of the receivership work in Delaware next week. | 1.00 |
| 9/30/22 | RJL | Call Brinks, Inc. and leave voicemails regarding armed security (0.6); email Brinks, Inc. regarding armed security services (0.2); call two Gardaworld offices in Philadelphia and leave voicemails regarding armed security (0.3); call Securitas USA and leave a voicemail regarding armed security services (0.1). | 1.20 |
| 9/30/22 | DB | Team meeting regarding DE Receivership | 1.00 |
| 10/03/22 | JDD | Travel to Delaware (No Charge); investigate subject premises in preparation for taking possession of same the next day. | 1.00 |
| 10/03/22 | PCL | Investigate premises; travel to Wilmington, Delaware (No Charge) | 1.00 |
| 10/03/22 | DW | Conference with staff regarding steps needed to file the Notice of Appointment of Receiver in the desired district courts. | .20 |
| 10/03/22 | VL | Travel (No Charge); Investigate Defendants' premises. | 1.00 |
| 10/03/22 | RJL | Travel to Delaware (No Charge); investigate depository location (1.); confer with various armed security vendors to get quotes for armed security of depository for one week (1). | 2.00 |
| 10/03/22 | DB | Travel with Team to Wilmington DE (No Charge); meeting with Team regarding Staging, Security, Locksmith; scout location of Defendant (1). | 1.00 |

**SCHEEF & STONE, LLP**

Invoice: 127896                                              October 4, 2022

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/04/22 | JDD | Take possession of subject premises, conduct inspection of various rooms, and evaluate strategy for conducting full inventory (9.25); multiple telephone conferences with Dr. Michael Brachman regarding IBMS software and report of FSDC inventory (2.75). | 12.00 |
| 10/04/22 | PCL | Take possession of premises; begin vault 2 audit review and/or related communications/work with K. Crawford, J. Daneshar, F.Girion, D. Baxter, R.Lee, V.LeFleur and/or CFTC lawyers, regarding same, security issues, email transition, extension of SRO, etc.; communications with R.Palacio, A.Hyack,K.Crawford, regarding new matter, retention; communications with T.Brown,K.Crawford, et al., regarding New Direction inventory sheets. | 12.00 |
| 10/04/22 | DW | Conference with staff regarding filing the Notice of Appointment in district courts; reviewed Original Complaint. | .30 |
| 10/04/22 | VL | Take control of Defendants' Premises (4.0); Initial assessment of Defendants' assets and records (5.0); Begin inventory of New Direction Trust IRAs located in Vault 2 (3.0). | 12.00 |
| 10/04/22 | RJL | Perform second level document review of Order Granting Plaintiff's Motion for Ex Parte Statutory Restraining Order, Appointment of a Temporary Receiver, and Other Equitable Relief from U.S. District Court for District of Delaware (0.8); confer further with armed security vendors regarding cost of armed security at depository (1.2); confer with Pinkerton sales representative to confirm their armed security services of depository (1.2); confer with Security Instrument regarding receiver's need to withdraw Defendants' access to depository (1); perform second level document review of files in offices at depository to locate information regarding movement of assets and financial institutions used by Defendants (5.2); supervise locksmiths to ensure no precious metals or other assets were lost as locksmiths changed key locks to all doors in the depository (2.4); relocate precious metals found in common hallway to a locked office within the depository (0.3). | 12.00 |
| 10/04/22 | DB | Drive to staging location to meet US Marshalls; Arrive at Defendant Building; contact Locksmith (Joe) to come to site; Meet with Locksmith; Contact certified locksmith to come to site at recommendation of Joe . Survey door locks with Locksmith to be rekeyed both Regular and secure locks; supervise Locksmith as he took apart a secure lock to determine parts needed to complete the job order. Begin going through each Room to determine what is in them, taking pictures of any items that are questionable and looking through documents to determine if they need further review; Supervise Locksmith upon his return with parts as he changed initially 11 locks. | 12.00 |
| 10/05/22 | JDD | Conduct inventory of FSDC premises - Vault 2. | 9.50 |

**SCHEEF & STONE, LLP**

Invoice: 127896											October 4, 2022

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/05/22 | PCL | Continue vault 2 audit review and/or related communications/ work with K. Crawford, J. Daneshar, F.Girion, D. Baxter, R.Lee, V.LeFleur and/or CFTC lawyers, regarding same, security issues, email transition, extension of SRO, etc.(8.7); communications with R.Palacio, A.Hyack,K.Crawford, regarding retention, pro hac vice motion and notice of appearance and related review(.4); communications with T.Brown,K.Crawford,D.Baxter, et al., regarding New Direction inventory sheets and related analysis(.4). | 9.50 |
| 10/05/22 | VL | Took inventory of New Direction Trust IRAs located in Vault 2 (9.5) | 9.50 |
| 10/05/22 | RJL | Supervise locksmiths to ensure no precious metals or other assets were lost as locksmiths changed key locks to all doors in the receivership site (.5); confer with Security Instrument regarding removal of Defendants' remote access to surveillance camera footage, reprogramming of remote keys to building, and reprogramming the intrusion alert system (1); supervise technicians from Security Instrument as they work on the service requests (1); take inventory of precious metals in secured vault (6.0). | 9.50 |
| 10/05/22 | DB | Drive to Defendant Building and begin taking inventory of contents inside Vault 2; record discrepancies. | 9.50 |
| 10/06/22 | CAM | Begin research into current insurance coverage policies for First State Depository, lengthy conversation with Griffiths Insurance (Hartford Policies), email details to Griffiths Insurance, and begin research into Lloyds of London insurance policies (1.5); phone call from Producers Insurance regarding Workers Comp policies in effect and send details to Receiver (.4). | 1.90 |
| 10/06/22 | JDD | Continue conducting inventory of FSDC premises - Vault 2. | 9.00 |
| 10/06/22 | PCL | Continue vault 1 audit review and/or related communications/ work with K. Crawford, J. Daneshar, F.Girion, D. Baxter, R.Lee, F.Gordon,V.LeFleur and/or CFTC lawyers, regarding same, security issues, email transition, extension of SRO, etc.(6); communications with R.Palacio, A.Hyack,K.Crawford, regarding retention agreement, pro hac vice motion and/or notice of appearance and related review(1.5); communications with T.Brown,K.Crawford,regarding New Direction inventory sheets and related review/analysis(1.5). | 9.00 |
| 10/06/22 | VL | Took inventory of New Direction Trust IRAs located in Vault 2. | 9.00 |
| 10/06/22 | RJL | Take inventory of precious metals in secured vault (8); confer with Security Instrument regarding inability to arm intrusion alert system for depository (0.2); conduct research to determine who hosts the domain name "FSDepository.com" (0.5); secure depository by locking doors and arming intrusion alert system (0.3). | 9.00 |
| 10/06/22 | DB | Drive to Defendant Building and begin taking inventory of contents inside Vault 2; record discrepancies. | 9.00 |

**SCHEEF & STONE, LLP**

Invoice: 127896                                                              October 4, 2022

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/07/22 | CAM | Download documents and review Declaration of M. Loconte and pull necessary insurance policy information and forward same to Receiver, docket renewal dates for the Lloyds of London policy, and initiate communication with brokering agent to add Receiver as loss payee (1.5); telephone call from Griffiths Insurance company, and receive copies of the Commercial Policy and the Umbrella Policy and make arrangements for Receiver to be added as loss payee, and docket renewal date (.8); prepare Investor call log and receive and respond to investor's inquiries (.5); work with IT team to set up dedicated phone line for this receivership, as well as setting up a website for same (.8). | 3.00 |
| 10/07/22 | JDD | Continue conducting inventory of FSDC premises - Vault 1 (4.0); telephone conference with Dr. Michael Brachman regarding giving Baker Tilly access to IBMS Software (0.5); conference with Eileen Castle of Baker Tilly regarding procedure and IBMS Software (1.5); travel from Delaware to DFW (including travel to and from airport and wait time at airport) (No Charge). | 6.00 |
| 10/07/22 | PCL | Continue vault 1 audit review and/or related communications/ work with K. Crawford, J. Daneshar, F.Girion, D. Baxter, R.Lee, V.LeFleur and/or CFTC lawyers, regarding same, security issues, email transition, extension of SRO, etc.(4.1); communications with R.Palacio, A.Hyack,K.Crawford, regarding retention, pro hac vice motion and notice of appearance and related review (.5); communications with T.Brown,K.Crawford,D.Baxter, et al., regarding New Direction inventory sheets and related review/analysis(.7); communications with accounting firm regarding inventory issues(.7); return to Dallas (No Charge). | 6.00 |
| 10/07/22 | DW | Researched law in the Third Circuit pertaining to fee applications; drafted legal argument section of fee application; emailed with K. Crawford and worked with staff to meet the filing requirements for the notice of appointment of receiver in the Northern District of Illinois. | 4.90 |
| 10/07/22 | VL | Took inventory of New Direction Trust IRAs located in Vault 2 (6.0); Travel (No Charge). | 6.00 |
| 10/07/22 | RJL | Take inventory of precious metals in secured vault (6); travel back to Dallas, TX (No Charge). | 6.00 |
| 10/07/22 | DB | Drive to Defendant Building and begin taking inventory of contents inside Vault 2; record discrepancies (6.0); Travel back to Dallas (No Charge). | 6.00 |
| 10/08/22 | JDD | Telephone conference with Deb Baxter regarding her questions about spreadsheets for preparation of final report. | .25 |
| 10/08/22 | DB | Prepare consolidated report showing missing gold and platinum inventory from Vault 2 | 8.00 |
| 10/09/22 | DB | Continue and finalize consolidated report showing missing gold and platinum inventory from Vault 2 | 6.20 |

**TOTAL PROFESSIONAL SERVICES**                                              **$ 57,703.50**

5

**SCHEEF & STONE, LLP**

Invoice: 127896

October 4, 2022

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|---|---|---|---|
| David Wills | 6.40 | 300.00 | 1,920.00 |
| Victoria LaFleur | 38.50 | 200.00 | 7,700.00 |
| Raymond Lee | 40.70 | 250.00 | 10,175.00 |
| Deb Baxter | 52.70 | 150.00 | 7,905.00 |
| Leslie Sanderson | .20 | 330.00 | 66.00 |
| Cynthia A. Morris | 4.90 | 125.00 | 612.50 |
| Julia D. Daneshfar | 38.35 | 300.00 | 11,505.00 |
| Peter Lewis | 39.60 | 450.00 | 17,820.00 |
| **Total** | **221.35** | | **$ 57,703.50** |