# EXHIBIT A

# Uncompromised Claims

# (listed by claim number)

EXHIBIT A
Uncompromised Claims (listed by Claim Number)

| | | | | | | |
|---|---|---|---|---|---|---|
| 0001 | 0098 | 0184 | 0282 | 0344 | 0424 | 0504 |
| 0009 | 0101 | 0185 | 0283 | 0345 | 0425 | 0505 |
| 0015 | 0104 | 0186 | 0284 | 0346 | 0427 | 0510 |
| 0016 | 0106 | 0191 | 0285 | 0347 | 0430 | 0511 |
| 0017 | 0109 | 0192 | 0286 | 0348 | 0431 | 0512 |
| 0033 | 0114 | 0195 | 0287 | 0352 | 0434 | 0514 |
| 0034 | 0115 | 0197 | 0288 | 0354 | 0436 | 0515 |
| 0036 | 0123 | 0198 | 0289 | 0355 | 0437 | 0516 |
| 0039 | 0125 | 0199 | 0290 | 0356 | 0439 | 0517 |
| 0040 | 0129 | 0201 | 0291 | 0357 | 0440 | 0518 |
| 0041 | 0130 | 0205 | 0292 | 0358 | 0441 | 0519 |
| 0042 | 0132 | 0212 | 0293 | 0361 | 0442 | 0520 |
| 0044 | 0133 | 0226 | 0294 | 0362 | 0443 | 0521 |
| 0047 | 0136 | 0231 | 0299 | 0365 | 0444 | 0525 |
| 0048 | 0137 | 0232 | 0300 | 0370 | 0451 | 0526 |
| 0049 | 0138 | 0238 | 0303 | 0371 | 0455 | 0527 |
| 0050 | 0140 | 0239 | 0305 | 0372 | 0456 | 0529 |
| 0052 | 0141 | 0242 | 0306 | 0373 | 0457 | 0530 |
| 0053 | 0141 | 0244 | 0307 | 0376 | 0459 | 0532 |
| 0054 | 0142 | 0246 | 0309 | 0377 | 0461 | 0534 |
| 0059 | 0144 | 0247 | 0313 | 0380 | 0465 | 0535 |
| 0060 | 0146 | 0253 | 0314 | 0381 | 0467 | 0536 |
| 0062 | 0147 | 0254 | 0315 | 0382 | 0468 | 0537 |
| 0064 | 0148 | 0255 | 0316 | 0385 | 0469 | 0538 |
| 0071 | 0149 | 0256 | 0318 | 0387 | 0471 | 0541 |
| 0072 | 0151 | 0257 | 0320 | 0390 | 0472 | 0543 |
| 0073 | 0152 | 0258 | 0321 | 0391 | 0473 | 0545 |
| 0074 | 0153 | 0260 | 0323 | 0392 | 0474 | 0546 |
| 0075 | 0156 | 0263 | 0324 | 0393 | 0475 | 0547 |
| 0077 | 0165 | 0265 | 0327 | 0395 | 0476 | 0551 |
| 0078 | 0167 | 0267 | 0329 | 0396 | 0477 | 0554 |
| 0081 | 0171 | 0270 | 0330 | 0397 | 0478 | 0555 |
| 0083 | 0173 | 0273 | 0331 | 0398 | 0479 | 0557 |
| 0085 | 0176 | 0274 | 0332 | 0399 | 0480 | 0558 |
| 0088 | 0177 | 0276 | 0333 | 0403 | 0481 | 0560 |
| 0090 | 0178 | 0278 | 0337 | 0407 | 0482 | 0561 |
| 0093 | 0179 | 0279 | 0341 | 0408 | 0499 | 0562 |
| 0095 | 0183 | 0280 | 0343 | 0410 | 0500 | 0563 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0567 | 0641 | 0710 | 0784 | 0853 | 0926 | 1012 |
| 0568 | 0643 | 0712 | 0785 | 0854 | 0927 | 1014 |
| 0569 | 0644 | 0713 | 0786 | 0855 | 0932 | 1015 |
| 0574 | 0646 | 0714 | 0787 | 0856 | 0935 | 1016 |
| 0578 | 0648 | 0715 | 0791 | 0857 | 0938 | 1019 |
| 0579 | 0649 | 0717 | 0792 | 0858 | 0939 | 1020 |
| 0580 | 0650 | 0719 | 0793 | 0861 | 0941 | 1021 |
| 0581 | 0651 | 0722 | 0794 | 0863 | 0947 | 1023 |
| 0583 | 0653 | 0723 | 0795 | 0866 | 0949 | 1034 |
| 0585 | 0654 | 0726 | 0796 | 0868 | 0950 | 1037 |
| 0586 | 0657 | 0727 | 0798 | 0869 | 0951 | 1040 |
| 0587 | 0658 | 0729 | 0800 | 0870 | 0952 | 1041 |
| 0588 | 0659 | 0731 | 0801 | 0871 | 0953 | 1044 |
| 0589 | 0660 | 0733 | 0802 | 0872 | 0954 | 1048 |
| 0590 | 0661 | 0734 | 0803 | 0873 | 0957 | 1050 |
| 0592 | 0662 | 0735 | 0804 | 0876 | 0958 | 1051 |
| 0594 | 0663 | 0737 | 0805 | 0878 | 0960 | 1054 |
| 0595 | 0665 | 0739 | 0807 | 0881 | 0962 | 1058 |
| 0596 | 0666 | 0740 | 0810 | 0883 | 0963 | 1059 |
| 0598 | 0667 | 0744 | 0811 | 0884 | 0968 | 1061 |
| 0599 | 0668 | 0747 | 0812 | 0885 | 0969 | 1063 |
| 0600 | 0670 | 0750 | 0814 | 0886 | 0974 | 1065 |
| 0602 | 0671 | 0751 | 0815 | 0891 | 0977 | 1066 |
| 0606 | 0684 | 0752 | 0816 | 0894 | 0982 | 1067 |
| 0610 | 0686 | 0753 | 0817 | 0895 | 0984 | 1068 |
| 0612 | 0687 | 0756 | 0820 | 0896 | 0986 | 1069 |
| 0613 | 0688 | 0763 | 0821 | 0897 | 0989 | 1072 |
| 0614 | 0689 | 0764 | 0823 | 0904 | 0990 | 1075 |
| 0619 | 0690 | 0765 | 0825 | 0906 | 0993 | 1076 |
| 0620 | 0691 | 0768 | 0826 | 0907 | 0994 | 1077 |
| 0628 | 0692 | 0770 | 0827 | 0908 | 0995 | 1078 |
| 0629 | 0693 | 0771 | 0829 | 0910 | 0996 | 1079 |
| 0630 | 0694 | 0773 | 0833 | 0911 | 0997 | 1080 |
| 0631 | 0695 | 0779 | 0834 | 0914 | 0998 | 1082 |
| 0633 | 0703 | 0780 | 0836 | 0916 | 0999 | 1083 |
| 0634 | 0705 | 0781 | 0840 | 0917 | 1001 | 1086 |
| 0637 | 0706 | 0782 | 0844 | 0918 | 1007 | 1089 |
| 0639 | 0707 | 0783 | 0850 | 0925 | 1008 | 1091 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1093 | 1149 | 1218 | 1287 | 1355 | 1410 | 1462 |
| 1094 | 1150 | 1219 | 1288 | 1356 | 1411 | 1463 |
| 1095 | 1151 | 1220 | 1289 | 1357 | 1412 | 1465 |
| 1097 | 1154 | 1221 | 1290 | 1363 | 1413 | 1466 |
| 1098 | 1155 | 1222 | 1291 | 1364 | 1414 | 1467 |
| 1099 | 1156 | 1229 | 1292 | 1365 | 1415 | 1468 |
| 1102 | 1157 | 1230 | 1301 | 1366 | 1418 | 1469 |
| 1104 | 1158 | 1231 | 1302 | 1368 | 1419 | 1470 |
| 1106 | 1159 | 1232 | 1303 | 1369 | 1421 | 1471 |
| 1107 | 1160 | 1233 | 1306 | 1370 | 1422 | 1472 |
| 1108 | 1165 | 1234 | 1307 | 1373 | 1424 | 1475 |
| 1109 | 1166 | 1235 | 1309 | 1374 | 1425 | 1476 |
| 1111 | 1167 | 1236 | 1311 | 1375 | 1426 | 1477 |
| 1112 | 1168 | 1237 | 1314 | 1376 | 1427 | 1478 |
| 1113 | 1175 | 1239 | 1315 | 1377 | 1428 | 1480 |
| 1114 | 1176 | 1240 | 1317 | 1378 | 1431 | 1481 |
| 1115 | 1177 | 1241 | 1318 | 1379 | 1433 | 1483 |
| 1117 | 1182 | 1243 | 1321 | 1382 | 1434 | 1484 |
| 1118 | 1185 | 1244 | 1322 | 1383 | 1435 | 1485 |
| 1119 | 1190 | 1245 | 1323 | 1384 | 1436 | 1486 |
| 1120 | 1193 | 1248 | 1324 | 1385 | 1438 | 1487 |
| 1121 | 1195 | 1249 | 1326 | 1386 | 1439 | 1488 |
| 1122 | 1196 | 1250 | 1327 | 1387 | 1440 | 1489 |
| 1123 | 1197 | 1251 | 1328 | 1388 | 1441 | 1490 |
| 1124 | 1198 | 1252 | 1333 | 1389 | 1443 | 1491 |
| 1125 | 1201 | 1253 | 1334 | 1390 | 1444 | |
| 1126 | 1202 | 1255 | 1335 | 1392 | 1445 | |
| 1133 | 1203 | 1261 | 1336 | 1394 | 1446 | |
| 1134 | 1205 | 1263 | 1337 | 1396 | 1447 | |
| 1135 | 1206 | 1265 | 1338 | 1397 | 1448 | |
| 1136 | 1207 | 1266 | 1341 | 1398 | 1454 | |
| 1138 | 1208 | 1267 | 1344 | 1400 | 1455 | |
| 1142 | 1210 | 1272 | 1345 | 1401 | 1456 | |
| 1143 | 1211 | 1273 | 1346 | 1403 | 1457 | |
| 1144 | 1212 | 1278 | 1347 | 1405 | 1458 | |
| 1145 | 1215 | 1279 | 1348 | 1406 | 1459 | |
| 1146 | 1216 | 1282 | 1353 | 1408 | 1460 | |
| 1147 | 1217 | 1284 | 1354 | 1409 | 1461 | |

1652
1653
1655
1656
1657
1658
1660
1661
1662
1666
1667
1668
1669
1671
1673
1674
1675
1676
1677
1680
1681
1682
1683
1684
1686
1692
1697
1701
1702
1703