# EXHIBIT B

# Claim Confirmation Form

# For

# Uncompromised Claims

## CLAIM CONFIRMATION and DELIVERY INSTRUCTIONS

Name of Claimant: _____ _____    Date: __4.8.23____

Your claim has been assigned Claim Number _____

Your Proof of Claim has been timely received, reviewed, and approved by the Receiver. Your claim has been classified as an **Uncompromised FSD Customer**.

The value of your holdings, as calculated by the Receiver's accountants, is $__8,446_____.

Pursuant to Court Order, you are required to pay to the Receiver a surcharge equal to 5.6 percent of the value of your holdings, which is: $___473_____.

The surcharge should be made payable to "Receiver of FSD" and delivered to:

Kelly Crawford, Receiver
Scheef & Stone, LLP
500 North Akard, Suite 2700
Dallas, Texas 75201

If you have an IRA, check with your accountant or the custodian of your IRA to determine if you can pay the surcharge directly, or if your IRA has to pay the surcharge in order to protect the IRA nature of your holdings. The surcharge may be paid by check or by wire transfer.

Wires should be sent to:

**Axos Bank, 4350 La Jolla Village Drive, Suite 140, San Diego, California 92122**

**ABA Routing Number:**     122287251

**Acct. No.:**     890000080238

**Acct. Name:**     **First State Depository Company, LLC Receivership Estate Account**

Please note on the memo of the wire your full name so that you receive proper credit for the payment.

**YOUR SURCHARGE MUST BE RECEIVED WITHIN 20 DAYS OF YOUR RECEIPT OF THIS CLAIM CONFIRMATION.**

Upon the Receiver's receipt of your surcharge, the Receiver will deliver your holdings to you or your beneficiary pursuant to your directions below. **Deliveries will begin April 11, 2023.**

**DELIVERY INSTRUCTIONS (complete and return with your surcharge payment)**

Deliver my holdings to:

    Name of recipient (if you have an IRA, list your name and, in care of the name of your IRA custodian) :_____
_____
 Street Address:_____
City, State, & Zip: _____
Telephone:_____
Email: _____

Method of shipping:
- ☐    I or my authorized representative will pick up at the FSD depository in Wilmington, DE
- ☐    Federal Express billed to me or my representative
- ☐    Courier – Identify the name:_____
- ☐    Armored transport – Identify the name:_____
- ☐    Other (identify):_____

Describe the insurance, if any, you obtained for the shipment: _____
_____

At the time of shipping the Receiver will be in contact with you regarding your payment of the shipping and handling costs.

I acknowledge that I agree with the Receiver's approval and classification of my Proof of Claim. I acknowledge that I am solely responsible for the cost of insurance and delivery of my holdings.

Signed:_____  Date:_____