# EXHIBIT C

# Claim Confirmation Form

# For

# Compromised Claims

## DEPOSITORY CLAIM CONFIRMATION and DELIVERY INSTRUCTIONS

Name of Claimant:_____

Your claim has been assigned Claim Number  _____

Your Proof of Claim has been timely received, reviewed, and approved by the Receiver. Your claim has been classified as a **Compromised FSD Customer**.

Your holdings remaining in the depository, if any, will be returned to you or your beneficiary pursuant to your delivery instructions below. The value of your holdings that are missing, as calculated by the Receiver's accountants, and for which you have a dollar claim in the receivership is ___$87,380_____, as shown in the attached.

### DELIVERY INSTRUCTIONS (complete and return within 10 days)

Deliver my holdings to:   Name of recipient:_____
                          Street Address:_____
                          City, State, & Zip: _____
                          Telephone:_____
                          Email: _____

Once your holdings, if any, are ready for transfer, you will receive an invoice by email for a handling fee of $50 - $200 depending upon the size of the holdings.

Method of shipping:
☐ I or my authorized representative will pick up at the FSD depository in Wilmington, DE
☐ Federal Express billed to me or my representative
☐ Courier – Identify the name:_____
☐ Armored transport – Identify the name:_____
☐ Other (identify):_____
Describe the insurance, if any, you obtained for the shipment: _____
_____

I acknowledge that I agree with the Receiver's approval, classification, and amount of my Proof of Claim. I acknowledge that I am solely responsible for the cost of handling, insurance and delivery of my holdings.

Signed:_____   Date:_____
Email: _____   Telephone:_____

*CFTC v. First State Depository Company, et al.*
Summary of Unlocated Inventory by Account, by Item

### Located Inventory

| FSDC Account Number | Account Name | BT Category | Item Description | BT Quantity Observed |
|---|---|---|---|---|
| | | SAE | 1 OZ SILVER AMERICAN EAGLE PROOF - ANY YEAR | 33 |
| | | GAE | 1 OZ. GOLD AMERICAN EAGLE PROOF | 10 |

### Unlocated Inventory

| BT Category | Item Description | Quantity Expected | Quantity Observed | Unlocated Quantity | Unlocated Estimated Value* |
|---|---|---|---|---|---|
| GAE | 1 OZ. GOLD AMERICAN EAGLE PROOF | 21 | 10 | 11 | $18,980.50 |
| SAE | 1 OZ SILVER AMERICAN EAGLE PROOF - ANY YEAR | 300 | 0 | 300 | $34,200.00 |
| SAE | 1 OZ SILVER AMERICAN EAGLE PROOF - ANY YEAR | 300 | 0 | 300 | $34,200.00 |

Estimated Total Unlocated
*Values at or around 10/4/22

$87,380.50

Printed 4/26/2023

Reviewed by: _____ Date: _____
Reviewed by: _____ Date: _____
Boxed by: _____ Date: _____
Shipped/Delivered by: _____ Date: _____