# EXHIBIT D

# Compromised Claims

# (listed by claim number)

# Exhibit D

| Claim No. | Amount of Claim |
|---|---|
| 0002 | $ 24,365.01 |
| 0003 | $ 32,526.68 |
| 0004 | $ 216,443.50 |
| 0005 | $ 22,580.00 |
| 0006 | $ 216,000.00 |
| 0007 | $ 147,440.00 |
| 0008 | $ 177,350.00 |
| 0010 | $ 108,720.00 |
| 0011 | $ 411,347.00 |
| 0012 | $ 286,822.50 |
| 0013 | $ 242,088.17 |
| 0014 | $ 76,440.00 |
| 0018 | $ 36,953.95 |
| 0019 | $ 87,690.00 |
| 0020 | $ 199,408.00 |
| 0021 | $ 100,000.00 |
| 0022 | $ 109,172.13 |
| 0023 | $ 99,460.00 |
| 0024 | $ 6,544.50 |
| 0025 | $ 49,720.00 |
| 0026 | $ 109,499.50 |
| 0027 | $ 219,412.93 |
| 0028 | $ 20,657.14 |
| 0029 | $ 118,118.00 |
| 0030 | $ 45,976.00 |
| 0031 | $ 184,278.97 |
| 0032 | $ 60,800.00 |
| 0035 | $ 23,211.80 |
| 0037 | $ 79,805.72 |
| 0038 | $ 687,495.45 |
| 0043 | $ 54,873.48 |
| 0045 | $ 87,330.61 |
| 0046 | $ 33,592.09 |
| 0051 | $ 40,250.68 |
| 0055 | $ 325,065.85 |
| 0056 | $ 34,808.13 |
| 0057 | $ 243,200.00 |
| 0058 | $ 530,100.00 |

| Claim No. | Amount of Claim |
|---|---|
| 0061 | $ 22,458.53 |
| 0063 | $ 68,622.81 |
| 0065 | $ 89,831.14 |
| 0066 | $ 84,259.00 |
| 0067 | $ 102,894.00 |
| 0068 | $ 52,644.00 |
| 0069 | $ 62,101.56 |
| 0070 | $ 55,258.28 |
| 0076 | $ 31,337.51 |
| 0079 | $ 30,582.21 |
| 0080 | $ 54,458.00 |
| 0082 | $ 40,250.00 |
| 0084 | $ 109,788.66 |
| 0086 | $ 313,077.27 |
| 0087 | $ 201,093.51 |
| 0089 | $ 50,304.00 |
| 0091 | $ 63,899.53 |
| 0092 | $ 17,396.00 |
| 0094 | $ 28,893.34 |
| 0096 | $ 53,746.75 |
| 0097 | $ 666,390.00 |
| 0099 | $ 71,771.41 |
| 0100 | $ 64,356.58 |
| 0102 | $ 112,034.50 |
| 0103 | $ 41,268.35 |
| 0105 | $ 109,647.50 |
| 0107 | $ 43,510.00 |
| 0108 | $ 546,500.00 |
| 0110 | $ 168,899.09 |
| 0111 | $ 14,291.90 |
| 0112 | $ 37,240.00 |
| 0113 | $ 174,160.00 |
| 0116 | $ 108,301.33 |
| 0117 | $ 84,840.83 |
| 0118 | $ 94,160.40 |
| 0119 | $ 29,482.60 |
| 0120 | $ 210,000.00 |
| 0121 | $ 72,569.37 |
| 0122 | $ 99,502.10 |
| 0124 | $ 74,977.23 |
| 0126 | $ 34,105.10 |
| 0127 | $ 123,108.10 |
| 0128 | $ 55,100.00 |
| 0131 | $ 53,478.80 |

| Claim No. | Amount of Claim |
|---|---|
| 0134 | $ 138,400.00 |
| 0135 | $ 102,294.87 |
| 0139 | $ 90,614.00 |
| 0143 | $ 36,138.48 |
| 0145 | $ 51,654.83 |
| 0150 | $ 18,000.00 |
| 0154 | $ 148,673.93 |
| 0155 | $ 147,910.30 |
| 0157 | $ 116,612.86 |
| 0158 | $ 23,424.00 |
| 0159 | $ 144,876.00 |
| 0160 | $ 160,300.00 |
| 0162 | $ 33,457.14 |
| 0163 | $ 57,862.86 |
| 0164 | $ 18,902.12 |
| 0166 | $ 110,930.00 |
| 0168 | $ 54,240.00 |
| 0169 | $ 69,654.00 |
| 0170 | $ 70,136.00 |
| 0172 | $ 67,101.64 |
| 0174 | $ 88,518.44 |
| 0175 | $ 44,064.90 |
| 0180 | $ 149,070.00 |
| 0181 | $ 137,124.00 |
| 0182 | $ 43,231.47 |
| 0187 | $ 41,220.00 |
| 0188 | $ 52,452.00 |
| 0189 | $ 512,671.94 |
| 0190 | $ 65,885.93 |
| 0193 | $ 29,770.00 |
| 0194 | $ 225,320.00 |
| 0196 | $ 68,921.10 |
| 0200 | $ 141,095.30 |
| 0202 | $ 25,681.13 |
| 0203 | $ 64,753.00 |
| 0204 | $ 98,977.30 |
| 0206 | $ 251,160.00 |
| 0207 | $ 35,376.91 |
| 0208 | $ 31,047.08 |
| 0209 | $ 21,734.79 |
| 0210 | $ 176,073.03 |
| 0211 | $ 475,200.00 |
| 0213 | $ 12,326.94 |
| 0214 | $ 108,459.67 |

| Claim No. | Amount of Claim |
|---|---|
| 0215 | $ 45,608.28 |
| 0216 | $ 79,100.00 |
| 0217 | $ 41,980.00 |
| 0218 | $ 68,758.00 |
| 0219 | $ 246,690.00 |
| 0220 | $ 83,430.57 |
| 0221 | $ 99,844.00 |
| 0222 | $ 42,400.00 |
| 0223 | $ 70,590.52 |
| 0224 | $ 39,438.00 |
| 0227 | $ 88,447.80 |
| 0228 | $ 197,366.50 |
| 0229 | $ 56,400.00 |
| 0230 | $ 135,288.00 |
| 0225 | $ 51,372.00 |
| 0233 | $ 14,491.80 |
| 0234 | $ 53,028.00 |
| 0235 | $ 176,004.00 |
| 0236 | $ 1,017,800.00 |
| 0237 | $ 67,930.00 |
| 0240 | $ 33,210.78 |
| 0241 | $ 41,620.00 |
| 0243 | $ 107,880.58 |
| 0245 | $ 42,118.00 |
| 0248 | $ 24,591.58 |
| 0249 | $ 61,353.23 |
| 0250 | $ 15,978.57 |
| 0251 | $ 44,640.00 |
| 0252 | $ 209,480.00 |
| 0259 | $ 32,490.53 |
| 0261 | $ 132,671.70 |
| 0264 | $ 355,897.10 |
| 0262 | $ 84,616.62 |
| 0266 | $ 40,015.40 |
| 0268 | $ 468,390.82 |
| 0269 | $ 101,534.09 |
| 0271 | $ 42,660.00 |
| 0272 | $ 197,427.00 |
| 0275 | $ 178,950.00 |
| 0277 | $ 49,166.67 |
| 0281 | $ 46,784.50 |
| 0295 | $ 36,786.00 |
| 0296 | $ 50,396.00 |
| 0297 | $ 75,570.00 |

| Claim No. | Amount of Claim |
|---|---|
| 0298 | $ 292,971.70 |
| 0301 | $ 182,887.13 |
| 0302 | $ 77,644.27 |
| 0304 | $ 89,046.19 |
| 0308 | $ 315,502.00 |
| 0310 | $ 108,397.50 |
| 0311 | $ 207,060.00 |
| 0312 | $ 40,900.00 |
| 0317 | $ 30,666.18 |
| 0322 | $ 52,284.76 |
| 0325 | $ 285,120.00 |
| 0326 | $ 75,600.00 |
| 0328 | $ 409,313.57 |
| 0334 | $ 131,367.57 |
| 0335 | $ 45,800.00 |
| 0336 | $ 111,059.00 |
| 0338 | $ 18,086.63 |
| 0339 | $ 33,441.43 |
| 0340 | $ 136,440.00 |
| 0342 | $ 48,348.00 |
| 0350 | $ 120,377.20 |
| 0351 | $ 28,219.06 |
| 0353 | $ 144,633.00 |
| 0359 | $ 691.68 |
| 0360 | $ 189,859.84 |
| 0364 | $ 435,076.14 |
| 0366 | $ 12,959.50 |
| 0368 | $ 54,983.10 |
| 0374 | $ 165,984.29 |
| 0375 | $ 182,538.35 |
| 0378 | $ 25,245.33 |
| 0379 | $ 178,833.33 |
| 0383 | $ 64,061.48 |
| 0384 | $ 168,995.84 |
| 0386 | $ 19,868.00 |
| 0388 | $ 104,720.00 |
| 0394 | $ 39,644.63 |
| 0400 | $ 19,836.53 |
| 0401 | $ 121,627.28 |
| 0402 | $ 567,173.77 |
| 0404 | $ 274,800.00 |
| 0405 | $ 126,000.00 |
| 0406 | $ 225,593.30 |
| 0409 | $ 212,072.00 |

| Claim No. | Amount of Claim |
|---|---|
| 0411 | $ 254,694.60 |
| 0412 | $ 27,208.58 |
| 0413 | $ 21,661.18 |
| 0414 | $ 132,932.40 |
| 0415 | $ 160,231.03 |
| 0416 | $ 202,765.50 |
| 0419 | $ 32,833.58 |
| 0420 | $ 16,303.77 |
| 0421 | $ 340,441.01 |
| 0422 | $ 39,200.00 |
| 0423 | $ 86,504.76 |
| 0426 | $ 6,071.52 |
| 0428 | $ 60,390.97 |
| 0429 | $ 17,255.00 |
| 0432 | $ 200,753.70 |
| 0433 | $ 4,129.53 |
| 0435 | $ 22,180.70 |
| 0438 | $ 54,000.00 |
| 0445 | $ 450,810.00 |
| 0446 | $ 31,582.38 |
| 0447 | $ 288,033.60 |
| 0448 | $ 63,444.27 |
| 0449 | $ 243,224.00 |
| 0450 | $ 26,107.96 |
| 0452 | $ 87,883.64 |
| 0453 | $ 80,024.20 |
| 0454 | $ 6,317.70 |
| 0460 | $ 175,890.00 |
| 0462 | $ 22,247.00 |
| 0463 | $ 171,364.43 |
| 0464 | $ 562,632.89 |
| 0466 | $ 251,054.52 |
| 0470 | $ 46,329.80 |
| 0483 | $ 135,501.43 |
| 0484 | $ 92,624.61 |
| 0485 | $ 227,077.49 |
| 0486 | $ 857,940.00 |
| 0487 | $ 55,258.24 |
| 0488 | $ 29,608.24 |
| 0489 | $ 152,982.10 |
| 0490 | $ 698,557.14 |
| 0491 | $ 39,038.00 |
| 0492 | $ 72,471.00 |
| 0493 | $ 71,730.00 |

| Claim No. | Amount of Claim |
|---|---|
| 0494 | $ 266,489.08 |
| 0495 | $ 175,700.00 |
| 0496 | $ 14,091.80 |
| 0497 | $ 51,144.67 |
| 0498 | $ 1,621,543.00 |
| 0501 | $ 96,756.89 |
| 0502 | $ 71,353.39 |
| 0503 | $ 55,680.00 |
| 0506 | $ 220,254.68 |
| 0507 | $ 165,480.00 |
| 0508 | $ 258,482.60 |
| 0509 | $ 3,509.75 |
| 0513 | $ 145,600.00 |
| 0522 | $ 98,977.30 |
| 0523 | $ 39,931.30 |
| 0524 | $ 28,670.60 |
| 0528 | $ 23,626.86 |
| 0531 | $ 21,063.50 |
| 0533 | $ 166,447.90 |
| 0539 | $ 20,848.41 |
| 0540 | $ 89,190.00 |
| 0542 | $ 93,646.00 |
| 0544 | $ 35,225.50 |
| 0548 | $ 78,003.00 |
| 0549 | $ 10,529.50 |
| 0550 | $ 200,813.79 |
| 0552 | $ 231,196.40 |
| 0553 | $ 932.00 |
| 0559 | $ 250,467.84 |
| 0564 | $ 258,254.45 |
| 0565 | $ 1,790,015.00 |
| 0566 | $ 26,279.79 |
| 0570 | $ 2,157.22 |
| 0571 | $ 2,157.21 |
| 0572 | $ 79,919.09 |
| 0573 | $ 285,661.40 |
| 0575 | $ 109,384.00 |
| 0576 | $ 231,649.00 |
| 0577 | $ 39,582.00 |
| 0582 | $ 301,000.00 |
| 0584 | $ 87,973.29 |
| 0591 | $ 119,080.00 |
| 0593 | $ 155,247.50 |
| 0597 | $ 83,041.43 |

| Claim No. | Amount of Claim |
|---|---|
| 0601 | $ 10,339.30 |
| 0603 | $ 98,024.00 |
| 0604 | $ 36,000.00 |
| 0605 | $ 52,670.00 |
| 0607 | $ 9,124.38 |
| 0608 | $ 34,546.54 |
| 0609 | $ 9,786.99 |
| 0611 | $ 61,830.00 |
| 0615 | $ 86,400.00 |
| 0616 | $ 114,438.00 |
| 0617 | $ 12,405.00 |
| 0618 | $ 12,660.30 |
| 0621 | $ 54,607.07 |
| 0622 | $ 24,544.49 |
| 0623 | $ 22,071.48 |
| 0625 | $ 40,801.70 |
| 0626 | $ 47,610.73 |
| 0627 | $ 33,457.14 |
| 0632 | $ 58,435.40 |
| 0635 | $ 51,984.00 |
| 0636 | $ 156,156.00 |
| 0638 | $ 34,510.00 |
| 0640 | $ 95,000.00 |
| 0642 | $ 75,284.93 |
| 0645 | $ 192,555.70 |
| 0647 | $ 119,282.82 |
| 0652 | $ 118,370.00 |
| 0655 | $ 33,402.53 |
| 0656 | $ 107,630.00 |
| 0664 | $ 83,924.77 |
| 0669 | $ 35,388.00 |
| 0672 | $ 111,696.00 |
| 0673 | $ 41,256.48 |
| 0674 | $ 102,714.40 |
| 0675 | $ 74,068.19 |
| 0676 | $ 130,565.80 |
| 0677 | $ 60,498.89 |
| 0678 | $ 83,901.79 |
| 0679 | $ 51,177.50 |
| 0680 | $ 115,006.00 |
| 0681 | $ 59,053.40 |
| 0682 | $ 66,788.35 |
| 0685 | $ 169,043.37 |
| 0696 | $ 148,020.00 |

| Claim No. | Amount of Claim |
|---|---|
| 0697 | $ 101,674.83 |
| 0698 | $ 45,926.35 |
| 0699 | $ 45,982.52 |
| 0700 | $ 102,881.15 |
| 0701 | $ 41,800.00 |
| 0702 | $ 126,440.00 |
| 0704 | $ 44,696.25 |
| 0708 | $ 18,180.00 |
| 0709 | $ 8,512.86 |
| 0711 | $ 30,449.24 |
| 0716 | $ 62,400.30 |
| 0718 | $ 245,264.33 |
| 0720 | $ 165,137.17 |
| 0724 | $ 60,118.00 |
| 0725 | $ 105,295.00 |
| 0728 | $ 32,268.14 |
| 0730 | $ 91,003.09 |
| 0732 | $ 27,258.07 |
| 0736 | $ 160,496.52 |
| 0738 | $ 60,476.61 |
| 0741 | $ 182,338.00 |
| 0743 | $ 81,366.20 |
| 0745 | $ 6,074.37 |
| 0746 | $ 77,111.12 |
| 0748 | $ 35,892.33 |
| 0749 | $ 7,816.70 |
| 0754 | $ 19,435.42 |
| 0759 | $ 32,012.33 |
| 0760 | $ 83,886.57 |
| 0762 | $ 73,295.00 |
| 0766 | $ 33,694.40 |
| 0767 | $ 31,776.09 |
| 0769 | $ 18,702.36 |
| 0772 | $ 72,000.00 |
| 0774 | $ 180,036.00 |
| 0775 | $ 39,059.00 |
| 0776 | $ 69,983.27 |
| 0777 | $ 21,412.46 |
| 0778 | $ 93,855.35 |
| 0788 | $ 178,500.00 |
| 0789 | $ 36,714.02 |
| 0790 | $ 13,411.03 |
| 0797 | $ 100,800.00 |
| 0799 | $ 89,380.90 |

| Claim No. | Amount of Claim |
|---|---|
| 0806 | $ 77,631.61 |
| 0808 | $ 47,339.64 |
| 0809 | $ 99,150.00 |
| 0813 | $ 69,571.86 |
| 0818 | $ 6,844.18 |
| 0819 | $ 24,510.48 |
| 0822 | $ 158,259.15 |
| 0824 | $ 11,611.15 |
| 0828 | $ 133,273.35 |
| 0830 | $ 96,220.00 |
| 0831 | $ 46,718.75 |
| 0832 | $ 10,037.14 |
| 0835 | $ 217,471.43 |
| 0837 | $ 3,424.15 |
| 0838 | $ 72,000.00 |
| 0839 | $ 90,000.00 |
| 0841 | $ 91,824.43 |
| 842 | $ 222,011.03 |
| 0845 | $ 381,411.43 |
| 0846 | $ 98,419.66 |
| 0847 | $ 184,765.02 |
| 0848 | $ 6,850.70 |
| 0849 | $ 20,835.08 |
| 0851 | $ 262,242.00 |
| 0852 | $ 857,237.50 |
| 0859 | $ 35,457.06 |
| 0860 | $ 45,613.15 |
| 0862 | $ 50,400.00 |
| 0864 | $ 102,031.38 |
| 0865 | $ 94,172.36 |
| 0867 | $ 137,354.00 |
| 0874 | $ 86,998.54 |
| 0875 | $ 73,058.07 |
| 0877 | $ 110,047.50 |
| 0879 | $ 19,827.00 |
| 0880 | $ 73,594.40 |
| 0882 | $ 192,128.55 |
| 0887 | $ 185,800.00 |
| 0889 | $ 110,295.48 |
| 0890 | $ 289,656.50 |
| 0893 | $ 45,020.00 |
| 0898 | $ 234,388.20 |
| 0899 | $ 29,487.52 |
| 0900 | $ 351,791.61 |

| Claim No. | Amount of Claim |
|---|---|
| 0901 | $87,928.59 |
| 0902 | $63,800.00 |
| 0903 | $37,000.00 |
| 0905 | $26,149.94 |
| 0909 | $26,600.00 |
| 0913 | $253,864.50 |
| 0915 | $250,519.80 |
| 0919 | $67,435.70 |
| 0920 | $21,753.98 |
| 0921 | $213,604.21 |
| 0922 | $17,888.00 |
| 0923 | $24,404.71 |
| 0924 | $54,960.00 |
| 0928 | $8,460.29 |
| 0934 | $73,935.21 |
| 0940 | $90,144.90 |
| 0942 | $85,400.00 |
| 0943 | $67,418.02 |
| 0944 | $90,760.00 |
| 0945 | $58,449.12 |
| 0946 | $32,262.35 |
| 0948 | $547,123.66 |
| 0955 | $124,543.33 |
| 0956 | $60,170.00 |
| 0959 | $44,904.12 |
| 0961 | $378,000.00 |
| 0964 | $54,896.40 |
| 0966 | $24,531.40 |
| 0967 | $33,967.20 |
| 0970 | $91,600.00 |
| 0971 | $72,000.00 |
| 0972 | $630,000.00 |
| 0973 | $90,000.00 |
| 0975 | $56,271.36 |
| 0976 | $345,623.50 |
| 0978 | $90,840.00 |
| 0980 | $52,554.00 |
| 0981 | $714,951.19 |
| 0983 | $38,182.01 |
| 0985 | $180,119.42 |
| 0987 | $40,231.24 |
| 0988 | $69,749.47 |
| 0991 | $48,710.00 |
| 1000 | $70,019.85 |

| Claim No. | Amount of Claim |
|---|---|
| 1002 | $ 34,510.00 |
| 1003 | $ 32,321.06 |
| 1004 | $ 60,068.92 |
| 1005 | $ 139,054.92 |
| 1006 | $ 125,628.50 |
| 1009 | $ 14,563.06 |
| 1010 | $ 163,759.50 |
| 1011 | $ 71,255.00 |
| 1013 | $ 61,830.00 |
| 1017 | $ 38,069.11 |
| 1018 | $ 136,567.59 |
| 1022 | $ 33,408.00 |
| 1024 | $ 31,588.50 |
| 1026 | $ 137,677.21 |
| 1027 | $ 96,996.43 |
| 1028 | $ 29,492.00 |
| 1031 | $ 199,849.65 |
| 1032 | $ 37,906.20 |
| 1033 | $ 122,150.97 |
| 1035 | $ 38,610.00 |
| 1036 | $ 54,692.11 |
| 1038 | $ 70,760.00 |
| 1039 | $ 6,978.00 |
| 1042 | $ 143,127.10 |
| 1043 | $ 11,721.54 |
| 1045 | $ 123,400.00 |
| 1047 | $ 90,720.00 |
| 1049 | $ 44,675.78 |
| 1052 | $ 654,663.15 |
| 1053 | $ 39,587.23 |
| 1055 | $ 122,116.00 |
| 1056 | $ 55,690.00 |
| 1057 | $ 20,340.00 |
| 1060 | $ 418,470.00 |
| 1062 | $ 18,397.57 |
| 1064 | $ 23,680.24 |
| 1070 | $ 56,272.47 |
| 1071 | $ 77,631.61 |
| 1072 | $ 74,590.88 |
| 1073 | $ 58,162.58 |
| 1074 | $ 51,776.69 |
| 1081 | $ 98,028.00 |
| 1084 | $ 107,002.76 |
| 1085 | $ 137,400.00 |

| Claim No. | Amount of Claim |
|---|---|
| 1087 | $ 117,255.50 |
| 1088 | $ 48,104.00 |
| 1090 | $ 60,330.00 |
| 1092 | $ 7,920.00 |
| 1096 | $ 51,008.47 |
| 1100 | $ 36,543.00 |
| 1101 | $ 83,386.93 |
| 1103 | $ 27,360.88 |
| 1105 | $ 20,461.32 |
| 1110 | $ 31,722.07 |
| 1116 | $ 91,600.00 |
| 1127 | $ 654,850.00 |
| 1128 | $ 81,539.70 |
| 1393 | $ 283,823.60 |
| 1130 | $ 20,655.05 |
| 1131 | $ 36,000.00 |
| 1132 | $ 77,498.50 |
| 1137 | $ 73,923.69 |
| 1139 | $ 104,436.00 |
| 1140 | $ 82,908.00 |
| 1141 | $ 12,567.40 |
| 1148 | $ 34,680.00 |
| 1152 | $ 78,096.00 |
| 1153 | $ 95,439.05 |
| 1161 | $ 11,642.11 |
| 1162 | $ 12,326.94 |
| 1170 | $ 22,607.95 |
| 1171 | $ 336,944.00 |
| 1173 | $ 39,259.84 |
| 1174 | $ 96,774.98 |
| 1178 | $ 181,223.14 |
| 1179 | $ 83,940.00 |
| 1180 | $ 108,195.82 |
| 1181 | $ 68,624.59 |
| 1183 | $ 32,260.00 |
| 1184 | $ 93,654.14 |
| 1186 | $ 20,558.35 |
| 1187 | $ 28,943.18 |
| 1188 | $ 127,899.70 |
| 1189 | $ 102,902.92 |
| 1191 | $ 112,441.97 |
| 1192 | $ 30,287.50 |
| 1194 | $ 238,992.62 |
| 1199 | $ 52,728.57 |

| Claim No. | Amount of Claim |
|---|---|
| 1200 | $ 28,530.17 |
| 1204 | $ 92,329.50 |
| 1209 | $ 340,210.00 |
| 1213 | $ 66,692.28 |
| 1214 | $ 21,804.29 |
| 1223 | $ 160,195.32 |
| 1224 | $ 57,984.01 |
| 1225 | $ 66,533.10 |
| 1226 | $ 40,500.23 |
| 1227 | $ 22,816.22 |
| 1228 | $ 28,254.27 |
| 1238 | $ 24,950.61 |
| 1242 | $ 32,436.00 |
| 1246 | $ 12,565.53 |
| 1247 | $ 109,191.47 |
| 1254 | $ 154,018.00 |
| 1256 | $ 14,414.74 |
| 1257 | $ 39,938.00 |
| 1258 | $ 143,491.55 |
| 1260 | $ 196,270.80 |
| 1262 | $ 21,059.00 |
| 1264 | $ 21,059.00 |
| 1268 | $ 155,744.30 |
| 1269 | $ 50,868.00 |
| 1270 | $ 24,977.17 |
| 1271 | $ 77,220.00 |
| 1274 | $ 18,790.81 |
| 1275 | $ 10,260.18 |
| 1276 | $ 23,593.74 |
| 1277 | $ 139,285.40 |
| 1280 | $ 103,372.13 |
| 1283 | $ 66,410.00 |
| 1286 | $ 20,376.51 |
| 1296 | $ 556,624.50 |
| 1297 | $ 193,300.30 |
| 1298 | $ 26,887.55 |
| 1299 | $ 1,369.66 |
| 1300 | $ 75,608.63 |
| 1304 | $ 91,313.00 |
| 1305 | $ 67,862.00 |
| 1308 | $ 4,873.83 |
| 1310 | $ 86,700.00 |
| 1312 | $ 74,929.90 |
| 1313 | $ 75,277.16 |

| Claim No. | Amount of Claim |
|---|---|
| 1316 | $ 1,405.66 |
| 1319 | $ 100,840.00 |
| 1320 | $ 74,132.19 |
| 1325 | $ 39,152.41 |
| 1329 | $ 80,588.07 |
| 1330 | $ 412,059.00 |
| 1331 | $ 86,083.55 |
| 1332 | $ 2,739.32 |
| 1339 | $ 37,368.00 |
| 1340 | $ 69,285.50 |
| 1342 | $ 40,245.82 |
| 1343 | $ 15,782.83 |
| 1349 | $ 15,927.55 |
| 1351 | $ 54,917.00 |
| 1352 | $ 350,370.00 |
| 1358 | $ 568,593.00 |
| 1359 | $ 853,112.36 |
| 1360 | $ 328,680.00 |
| 1361 | $ 99,550.67 |
| 1362 | $ 720,000.00 |
| 1367 | $ 9,319.90 |
| 1371 | $ 17,255.00 |
| 1372 | $ 88,447.80 |
| 1380 | $ 121,870.48 |
| 1381 | $ 106,178.00 |
| 1391 | $ 37,440.00 |
| 1395 | $ 42,340.00 |
| 1399 | $ 60,080.45 |
| 1402 | $ 80,150.00 |
| 1404 | $ 96,200.00 |
| 1407 | $ 79,830.00 |
| 1416 | $ 56,979.99 |
| 1417 | $ 43,560.00 |
| 1420 | $ 34,350.00 |
| 1423 | $ 50,606.00 |
| 1429 | $ 31,941.05 |
| 1430 | $ 4,398.66 |
| 1432 | $ 58,180.00 |
| 1437 | $ 52,200.00 |
| 1449 | $ 510,191.86 |
| 1450 | $ 105,286.00 |
| 1451 | $ 29,735.40 |
| 1452 | $ 17,923.60 |
| 1464 | $ 195,877.19 |

| Claim No. | Amount of Claim |
|---|---|
| 1473 | $ 81,774.21 |
| 1474 | $ 27,317.39 |
| 1479 | $ 50,290.77 |
| 1482 | $ 9,500.00 |
| 1492 | $ 165,059.00 |
| 1548 | $ 116,381.56 |
| 1557 | $ 22,479.43 |
| 1558 | $ 470,449.34 |
| 1559 | $ 151,049.50 |
| 1659 | $ 141,980.00 |

## Late Filed Claims

| Claim No. | Amount of Claim |
|---|---:|
| 1654 | $ 5,373.50 |
| 1664 | $ 17,255.00 |
| 1670 | $ 67,640.00 |
| 1672 | $ 40,940.00 |
| 1678 | $ 52,647.50 |
| 1679 | $ 62,979.12 |
| 1685 | $ 22,762.48 |
| 1687 | $ 73,421.40 |
| 1688 | $ 8,892.18 |
| 1689 | $ 33,488.54 |
| 1690 | $ 99,065.60 |
| 1691 | $ 212,354.00 |
| 1695 | $ 181,835.57 |
| 1696 | $ 87,918.00 |
| 1698 | $ 23,400.00 |
| 1700 | $ 5,510.14 |
| 1704 | $ 133,381.72 |