# EXHIBIT F

# Compromised Claims –

# Silver Lease Program

# (listed by claim number)

EXHIBIT F

| Claim No. | Amount of Claim |
|---|---:|
| 0161 | $ 60,468.00 |
| 0349 | $ 31,896.00 |
| 0363 | $ 35,532.00 |
| 0367 | $ 370,908.00 |
| 0369 | $ 49,896.00 |
| 0389 | $ 21,852.00 |
| 0417 | $ 72,036.00 |
| 0418 | $ 14,256.00 |
| 0683 | $ 325,980.00 |
| 0721 | $ 255,132.00 |
| 0742 | $ 81,072.00 |
| 0755 | $ 35,208.00 |
| 0757 | $ 88,200.00 |
| 0758 | $ 47,520.00 |
| 0761 | $ 336,204.00 |
| 0929 | $ 50,436.00 |
| 0930 | $ 37,836.00 |
| 0931 | $ 98,460.00 |
| 0933 | $ 61,884.00 |
| 0936 | $ 139,356.00 |
| 0937 | $ 17,640.00 |
| 0965 | $ 421,180.00 |
| 0979 | $ 32,040.00 |
| 1029 | $ 443,772.00 |
| 1030 | $ 434,916.00 |
| 1046 | $ 241,446.00 |
| 1163 | $ 52,416.00 |
| 1164 | $ 4,536.00 |
| 1172 | $ 71,640.00 |
| 1285 | $ 87,696.00 |
| 1293 | $ 64,630.07 |
| 1294 | $ 21,385.41 |
| 1295 | $ 442,239.00 |
| 1493 | $ 64,558.00 |
| 1494 | $ 39,564.00 |
| 1495 | $ 61,236.00 |

| Claim No. | Amount of Claim |
|---|---|
| 1496 | $ 240,336.00 |
| 1497 | $ 43,056.00 |
| 1498 | $ 508,068.00 |
| 1499 | $ 32,832.00 |
| 1500 | $ 133,632.00 |
| 1501 | $ 273,060.00 |
| 1502 | $ 35,892.00 |
| 1503 | $ 93,342.00 |
| 1504 | $ 95,940.00 |
| 1505 | $ 92,412.00 |
| 1506 | $ 54,792.00 |
| 1507 | $ 44,208.00 |
| 1508 | $ 237,924.00 |
| 1509 | $ 102,060.00 |
| 1510 | $ 29,016.00 |
| 1511 | $ 30,636.00 |
| 1512 | $ 98,316.00 |
| 1513 | $ 14,904.00 |
| 1514 | $ 3,240.00 |
| 1515 | $ 70,560.00 |
| 1516 | $ 80,064.00 |
| 1517 | $ 31,572.00 |
| 1518 | $ 54,936.00 |
| 1519 | $ 54,324.00 |
| 1520 | $ 72.00 |
| 1521 | $ 175,752.00 |
| 1522 | $ 70,992.00 |
| 1523 | $ 56,808.00 |
| 1524 | $ 100,836.00 |
| 1525 | $ 183,411.06 |
| 1526 | $ 23,220.00 |
| 1527 | $ 32,292.00 |
| 1528 | $ 158,472.00 |
| 1529 | $ 667,656.00 |
| 1530 | $ 199,836.00 |
| 1531 | $ 64,728.00 |
| 1532 | $ 104,004.00 |
| 1533 | $ 134,424.00 |
| 1534 | $ 46,836.00 |

| Claim No. | Amount of Claim |
|---|---|
| 1535 | $ 102,024.00 |
| 1536 | $ 131,112.00 |
| 1537 | $ 22,680.00 |
| 1538 | $ 15,048.00 |
| 1539 | $ 88,488.00 |
| 1540 | $ 38,304.00 |
| 1541 | $ 43,776.00 |
| 1542 | $ 45,468.00 |
| 1543 | $ 255,204.00 |
| 1544 | $ 81,936.00 |
| 1545 | $ 248,724.00 |
| 1546 | $ 733,140.00 |
| 1547 | $ 58,572.00 |
| 1549 | $ 360,000.00 |
| 1550 | $ 24,156.00 |
| 1551 | $ 20,988.00 |
| 1552 | $ 116,172.00 |
| 1553 | $ 68,616.00 |
| 1554 | $ 15,084.00 |
| 1555 | $ 6,768.00 |
| 1556 | $ 71,100.00 |
| 1560 | $ 408,780.00 |
| 1561 | $ 35,892.00 |
| 1562 | $ 150,732.00 |
| 1563 | $ 129,276.00 |
| 1564 | $ 216,288.00 |
| 1565 | $ 54,540.00 |
| 1566 | $ 630,072.00 |
| 1567 | $ 87,804.00 |
| 1568 | $ 13,788.00 |
| 1569 | $ 296,837.60 |
| 1570 | $ 30,960.00 |
| 1571 | $ 84,564.00 |
| 1572 | $ 27,540.00 |
| 1573 | $ 20,808.00 |
| 1574 | $ 44,964.00 |
| 1575 | $ 177,876.00 |
| 1576 | $ 108,756.00 |
| 1577 | $ 40,464.00 |
| 1578 | $ 720,144.00 |
| 1579 | $ 74,052.00 |

| Claim No. | Amount of Claim |
|---|---|
| 1580 | $ 38,124.00 |
| 1581 | $ 58,032.00 |
| 1582 | $ 212,076.00 |
| 1583 | $ 23,004.00 |
| 1584 | $ 152,532.00 |
| 1585 | $ 161,568.00 |
| 1586 | $ 54,216.00 |
| 1587 | $ 91,188.00 |
| 1588 | $ 7,452.00 |
| 1589 | $ 60,984.00 |
| 1590 | $ 93,600.00 |
| 1591 | $ 73,116.00 |
| 1592 | $ 54,900.00 |
| 1593 | $ 205,992.00 |
| 1594 | $ 587,412.00 |
| 1595 | $ 267,696.00 |
| 1596 | $ 30,672.00 |
| 1597 | $ 80,928.00 |
| 1598 | $ 30,096.00 |
| 1599 | $ 23,760.00 |
| 1600 | $ 30,240.00 |
| 1601 | $ 180,072.00 |
| 1602 | $ 105,516.00 |
| 1603 | $ 76,932.00 |
| 1604 | $ 62,439.50 |
| 1605 | $ 31,428.00 |
| 1606 | $ 54,504.00 |
| 1607 | $ 36,720.00 |
| 1608 | $ 109,082.00 |
| 1609 | $ 34,632.00 |
| 1610 | $ 54,684.00 |
| 1611 | $ 100,980.00 |
| 1612 | $ 70,204.00 |
| 1613 | $ 40,896.00 |
| 1614 | $ 22,788.00 |
| 1615 | $ 50,976.00 |
| 1616 | $ 114,984.00 |
| 1617 | $ 225,028.00 |
| 1618 | $ 22,644.00 |
| 1619 | $ 84,312.00 |
| 1620 | $ 25,200.00 |

| Claim No. | Amount of Claim |
|---|---|
| 1621 | $ 22,284.00 |
| 1622 | $ 12,528.00 |
| 1623 | $ 13,068.00 |
| 1624 | $ 88,560.00 |
| 1625 | $ 51,084.00 |
| 1626 | $ 96,588.00 |
| 1627 | $ 3,744.00 |
| 1628 | $ 5,220.00 |
| 1629 | $ 179,320.00 |
| 1630 | $ 32,940.00 |
| 1631 | $ 57,024.00 |
| 1632 | $ 96,588.00 |
| 1633 | $ 174,528.00 |
| 1634 | $ 27,936.00 |
| 1635 | $ 33,480.00 |
| 1636 | $ 115,389.03 |
| 1637 | $ 93,888.00 |
| 1638 | $ 106,704.00 |
| 1639 | $ 49,824.00 |
| 1640 | $ 36,828.00 |
| 1641 | $ 35,496.00 |
| 1642 | $ 60,468.00 |
| 1643 | $ 84,132.00 |
| 1644 | $ 57,062.00 |
| 1645 | $ 153,540.00 |
| 1646 | $ 47,952.00 |
| 1647 | $ 121,932.00 |
| 1648 | $ 37,296.00 |
| 1649 | $ 80,244.00 |
| 1650 | $ 86,436.00 |
| 1651 | $ 7,596.00 |

## LATE FILED CLAIMS

| Claim No. | Amount of Claim |
|---|---|
| 1663 | $ 299,940.00 |
| 1693 | $ 26,79.00 |
| 1694 | $ 4,890.00 |