# EXHIBIT G

# Solely Purchase Money Claims

## EXHIBIT G

## SOLELY PURCHASE MONEY CLAIMS

| Claim Number: | Amount recommended | Notes |
|---|---|---|
| 0556 | $11,015 | Argent purchase order |
| 0624 | $64,904 | Argent purchase order |
| 1350 | $0 | Claim not filed against a receivership defendant |
| 1665 | $79,975 | Filed as a depository claim, but is a purchase money claim |
| TOTAL: | **$155,894** | |