# EXHIBIT H
# Creditor Claims

**EXHIBIT H**

**CREDITOR CLAIMS**

| Claim Number: | Amount recommended | Notes |
|---|---|---|
| CR01 | $3,475 | Allow as unsecured – (prior to receivership) |
| CR02 | $0 | Paid |
| CR03 | $52,230 | Allow as unsecured – (prior to receivership) |
|  | Approx. $9,406 in (rent + prop. ins.) + utilities per month for April, 2023 and thereafter per month until vacated | Allow as administrative claim – (incurred during receivership) unsecured |
| CR04 | $6,012 | Allow as unsecured- (prior to receivership/after receivership not authorized) |
| CR05 | $662,500 | Allow as unsecured – (prior to receivership) |
| CR06 | $414,858 | Allow as unsecured – (prior to receivership) |
| TOTAL: | **$1,139,075** | Unsecured (prior to receivership) |