# EXHIBIT I

# Mixed Claims

# EXHIBIT I

## MIXED CLAIMS

| Claim No. | Amount Recommended | Notes |
|---|---|---|
| 1259 | $225,319 | Purchase Money claim |
| 1259 | $273,767 | Compromised FSD Customer claim |
| 1453 | $1,876,989 | Compromised FSD Customer claim |
| 1711 | $1,508,204 | Purchase Money claim |
| 1711 | $1,017,138 | Compromised FSD Customer claim |
| **Total:** | **$4,901,417** | |