# CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that on May 22, 2023, I caused one copy of *Receiver's Claims Report* to be served (1) via CM/ECF to all parties of record and (2) upon the parties on the below service list in the manner indicated.

| **VIA CM/ECF AND EMAIL**<br>Commodity Futures Trading Commission<br>Attn: Brian A. Hunt and Rick Glaser<br>Division of Enforcement<br>1155 21st Street, NW<br>Washington, DC 20581<br>Email(s): bhunt@cftc.gov<br>rglaser@cftc.gov | **VIA EMAIL AND FIRST CLASS MAIL**<br>Robert Leroy Higgins<br>100 Applegate Drive<br>West Chester, PA 19382<br>Email: rhiggins55@icloud.com |
|---|---|
| **VIA CM/ECF AND EMAIL**<br>Joyce, LLC<br>Attn: Michael J. Joyce<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>Email: mjoyce@mjlawoffices.com<br><br>*Counsel for Claimant Robert Bohli* | **VIA CM/ECF AND EMAIL**<br>Ballard Spahr LLP<br>Attn: Beth Moskow-Schnoll and<br>Tyler B. Burns<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Email(s): moskowb@ballardspahr.com<br>burnset@ballardspahr.com<br><br>*Counsel for Claimants Maria and Veronica Carrozza* |

Dated: May 22, 2023

*/s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)