IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br>       **Plaintiff,** <br><br> v. <br><br> FIRST STATE DEPOSITORY COMPANY, LLC, ARGENT ASSET GROUP, LLC, AND ROBERT LEROY HIGGINS, <br><br>      **Defendants.** | § § § § § § § § § § § § § | CASE NO.: 1:22-cv-01266-RGA |

## ORDER GRANTING
## THE RECEIVER'S FIFTH FEE APPLICATION

On this date, the Court considered the Receiver's Fifth Fee Application [D.I. 173]. The Court finds that the Application is just and appropriate and should be granted.

ACCORDINGLY, it is hereby ordered that the Receiver is authorized to pay from the receivership assets in the receivership estate the following fees and expenses:

1. The sum of $39,460.50 shall be paid to Kelly Crawford for his services as Receiver from July 1, 2023 through September 30, 2023.

2. The sum of $132,930 shall be paid to Scheef & Stone, L.L.P. for its services as counsel to the Receiver from July 1, 2023 through September 30, 2023.

3. The sum of $28,113.23 shall be paid to Scheef & Stone, L.L.P. for expenses it incurred on behalf of its representation of the Receiver from July 1, 2023 through September 30, 2023.

{01966304;v1 }

4.      The sum of $17,805.10 shall be paid to Ashby & Geddes for services and expenses incurred as local counsel to the Receiver from July 1, 2023 through September 30, 2023.

5.      The sum of $319,107.50 in fees shall be paid to Baker Tilly US, LLP for its services as accountants to the Receiver from July 1, 2023 through September 30, 2023.

Signed this 12th day of December, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

{01966304;v1 }